January 28, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

_____

ERG RESOURCES, LLC, Appellants

NO. 14-13-00073-CV                              V.

PAREX RESOURCES (BERMUDA), LTD., Appellee

_____

This cause, an appeal from an interlocutory order disposing of a special appearance, signed January 3, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the order. Therefore, we **AFFIRM** the trial court's order granting Parex Resources (Bermuda), Ltd.'s special appearance and dismissing for want of jurisdiction ERG Resources, LLC's claims against Parex Resources (Bermuda), Ltd.

We order ERG Resources, LLC to pay all costs incurred in the appeal of cause number 14-13-00073-CV, except that any costs incurred which applied jointly to both cause number 14-13-00073-CV and companion cause number 14-13-00043-CV shall be paid one-third (1/3) by Ramshorn International Limited and two-thirds (2/3) by ERG Resources, LLC.

We further order this decision certified below for observance.